JOSE ANTHONY BORJA
_____
NAME

CDCR # T-54311
_____
PRISON IDENTIFICATION/BOOKING NO.

Pleasant Valley State Prison
_____
ADDRESS OR PLACE OF CONFINEMENT
P.O. Box 8504
Coalinga, CA 93210
_____

Note:    It is your responsibility to notify the Clerk of Court in writing of any
change of address. If represented by an attorney, provide his name,
address, telephone and facsimile numbers, and e-mail address.

FILED

2009 APR -8 PM 4: 26

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOSE ANTHONY BORJA,
_____
FULL NAME (Include name under which you were convicted)

Petitioner,

v.

MATTHEW CATE, CDCR Secretary,
_____
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER

Respondent.

CASE NUMBER:

CV09 2420 DDP (SS)

To be supplied by the Clerk of the United States District Court

☐ _____ AMENDED

## PETITION FOR WRIT OF HABEAS CORPUS
### BY A PERSON IN STATE CUSTODY
### 28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION Los Angeles County
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV _____
CV _____

### INSTRUCTIONS - PLEASE READ CAREFULLY

1.    To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2.    In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3.    Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4.    Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5.    You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

5.    You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

6.    When you have completed the form, send the original and two copies to the following address:
      Clerk of the United States District Court for the Central District of California
      United States Courthouse
      ATTN: Intake/Docket Section
      312 North Spring Street
      Los Angeles, California 90012

LODGED
CLERK, U.S. DISTRICT COURT

APR - 6 2009

DISTRICT OF CALIFORNIA

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. Venue
   a. Place of detention  Pleasant Valley State Prison, Fresno County, California.
   b. Place of conviction and sentence  Superior Court of Los Angeles County.

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.
   a. Nature of offenses involved *(include all counts)*: Count 1, attempted murder; Counts 2-6, assault with a firearm; Count 7, shooting at occupied vehicle; Count 8, shooting at inhabited dwelling.  Enhancements: offense benefited gang, firearm use/GBI.
   b. Penal or other code section or sections: Count 1, Pen. Code § 664/187; Counts 2-6, Pen. Code § 245(a)(2); Counts 7 & 8, Pen. Code § 246.  Enhancements: §§ 186.22(b)(1)(C); 12022.53(b), (c), (d); 1170.12(a)-(d); 667(b)-(i); 667(a)(1).
   c. Case number:  KA073052.
   d. Date of conviction:  June 29, 2006.
   e. Date of sentence:  August 8, 2006.
   f. Length of sentence on each count: Aggregate: 233 years to life.  See CT 315-322 as to specific counts.
   g. Plea *(check one)*:
      ☒ Not guilty
      ☐ Guilty
      ☐ Nolo contendere
   h. Kind of trial *(check one)*:
      ☒ Jury
      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?     ☒ Yes  ☐ No
   If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:
   a. Case number:  B193163.
   b. Grounds raised *(list each)*:
      (1) The evidence was insufficient to support the gang enhancements.

    (2) Gang expert testimony violated right to due process and fair trial.

    (3) Counts 3-6 are lesser included offenses of count 7, so must be reversed.

    (4) Evidence insufficient to support convictions in counts 3-6.

    (5) _____

    (6) _____

c. Date of decision: September 26, 2007.

d. Result   Reversed and remanded with regard to incorrectly calculated gang
enhancements for resentencing.  In all other respects, judgment affirmed.

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?   ☒ Yes    ☐ No

If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available):*

a. Case number: S157335.

b. Grounds raised *(list each):*

    (1) The evidence was insufficient to support the gang enhancements.

    (2) Gang expert testimony violated right to due process and fair trial.

    (3) Counts 3-6 are lesser included offenses of count 7, so must be reversed.

    (4) Evidence insufficient to support convictions in counts 3-6.

    (5) _____

    (6) _____

c. Date of decision: January 3, 2008.

d. Result   Petition denied.

_____

5. If you did not appeal:

a. State your reasons  N/A.

_____

_____

_____

_____

b. Did you seek permission to file a late appeal?    ☐ Yes   ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?
☐ Yes    ☒ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available):*

a.  (1) Name of court: N/A. _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?    ☐ Yes   ☐ No

b.  (1) Name of court: N/A. _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?    ☐ Yes   ☐ No

c.  (1) Name of court: N/A. _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____

    (b) _____

---

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?    ☐ Yes  ☐ No

7.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the <u>facts</u> supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION:**  *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present <u>all</u> of your grounds to the California Supreme Court.

a.  Ground one: It was prejudicial constitutional error for a gang expert to testify as to Petitioner's guilt.

   (1) Supporting FACTS: See accompanying P's & A's and Exhibits in Support, incorporated herein by reference.

_____

_____

_____

| | | |
|---|---|---|
| (2) Did you raise this claim on direct appeal to the California Court of Appeal? | ☒ Yes | ☐ No |
| (3) Did you raise this claim in a Petition for Review to the California Supreme Court? | ☒ Yes | ☐ No |
| (4) Did you raise this claim in a habeas petition to the California Supreme Court? | ☐ Yes | ☒ No |

b.  Ground two: Petitioner's gang enhancement findings were based upon insufficient evidence.

   (1) Supporting FACTS: See accompanying P's & A's and Exhibits in Support, incorporated herein by reference.

_____

_____

_____

| | | |
|---|---|---|
| (2) Did you raise this claim on direct appeal to the California Court of Appeal? | ☒ Yes | ☐ No |
| (3) Did you raise this claim in a Petition for Review to the California Supreme Court? | ☒ Yes | ☐ No |

(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☒ No

c.  Ground three: Petitioner's conviction for assault against the Bautista family was based upon insufficient evidence.

(1) Supporting FACTS: See accompanying P's & A's and Exhibits in Support, incorporated herein by reference.

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☒ Yes  ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☒ Yes  ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☒ No

d.  Ground four: N/A.

_____

(1) Supporting FACTS: _____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☐ No

e.  Ground five: N/A.

_____

(1) Supporting FACTS: _____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☐ No

8.  If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state
    briefly which grounds were not presented, and give your reasons:  N/A.
    _____
    _____


9.  Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?
    ☐ Yes    ☒ No

    If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and
    the rulings on the petitions if available)*:

    a.  (1) Name of court:  N/A.
        (2) Case number: _____
        (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
        (4) Grounds raised *(list each)*:

                (a)  _____
                (b)  _____
                (c)  _____
                (d)  _____
                (e)  _____
                (f)  _____

        (5) Date of decision: _____
        (6) Result  _____
        _____

        (7) Was an evidentiary hearing held?        ☐ Yes    ☐ No


    b.  (1) Name of court:  N/A.
        (2) Case number: _____
        (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____
        (4) Grounds raised *(list each)*:

                (a)  _____
                (b)  _____
                (c)  _____
                (d)  _____
                (e)  _____
                (f)  _____

        (5) Date of decision: _____
        (6) Result  _____

---

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)**

(7) Was an evidentiary hearing held?    ☐ Yes  ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction?    ☐ Yes  ☒ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: __N/A._____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

   (a) _____

   (b) _____

   (c) _____

   (d) _____

   (e) _____

   (f) _____

11. Are you presently represented by counsel?    ☐ Yes  ☒ No

If so, provide name, address and telephone number: __N/A._____

_____

_____

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____N/A._____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __March 29, 2009__
              *Date*

*Jose Anthony Borja*
*Signature of Petitioner*



**TERRY NAFISI**

District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-3535

Wednesday, April 08, 2009

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

JOSE ANTHONY BORJA
CDC#T54311
P. O. BOX 8504
COALINGA, CA 93210

Dear Sir/Madam:

Your petition has been filed and assigned civil case number     CV09- 2420 DDP (SS)

Upon the submission of your petition, it was noted that the following discrepencies exist:

X  1. You did not pay the appropriate filing fee of $5.00.  Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety.  The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees.  Credit card payments may be made at all payment windows where receipts are issued.

X  2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

   X  (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.

   X  (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.

   X  (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.

   ☐  (d) You did not use the correct form.  You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.

   (e) Other: _____

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court

CSAWYER

By: _____

Deputy Clerk

CV-111  (07/06)          **NOTICE re: DISCREPENCIES FOR FILING OF HABEAS CORPUS PETITION**



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive
and Clerk of Court

Wednesday, April 08, 2009

JOSE ANTHONY BORJA
CDC#T54311
P. O. BOX 8504
COALINGA, CA 93210

Dear Sir/Madam:

A ☒ Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV09- 2420 DDP (SS)

A ☐ Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number _____ and also assigned the civil case number _____

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

☐ District Court Judge _____

☒ Magistrate Judge _____ **Suzanne H. Segal**_____

at the following address:

☒   U.S. District Court
    312 N. Spring Street
    Civil Section, Room G-8
    Los Angeles, CA  90012

    Ronald Reagan Federal
    Building and U.S. Courthouse
    411 West Fourth St., Suite 1053
    Santa Ana, CA  92701-4516
    (714) 338-4750

    U.S. District Court
    3470 Twelfth Street
    Room 134
    Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

                                    Very truly yours,

                                    Clerk, U.S. District Court

                                         CSAWYER
                               By: _____

                                    Deputy Clerk