# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge  Suzanne H. Segal

From: Rose Petrossians , Deputy Clerk   Date Received: 05/07/2009

Case No.: 09-cv-02420-DDP-SS   Case Title: Jose Anthony Borja v. Matthew Cate

Document Entitled: Exhibits In Support of Petition For Writ of Habeas Corpus

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1  Document not legible
- ☐ Local Rule 11-3.8  Lacking name, address, phone and facsimile numbers
- ☑ Local Rule 11-4.1  No copy provided for judge
- ☐ Local Rule 19-1  Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1  Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6  Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8  Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1  No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1  Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1  Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2  Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1  Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6  Pretrial conference order not signed by all counsel
- ☑ FRCvP Rule 5(d)  No proof of service attached to document(s)
- ☐ General Order 07-08  Case is designated for electronic filing
- ☑ Other: L.R. 11-5.2-Numbering- document shall be numbered at the bottom of each page consecutively to the principal document.

FILED
CLERK, U.S. DISTRICT COURT
MAY -7 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**Note:** Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____   _____
Date   U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

5/7/09   S. Segal
Date   U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE   COPY 2 -JUDGE   COPY 3 -SIGNED & RETURNED TO FILER   COPY 4 -FILER RECEIPT