EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
JASON C. TRAN
Deputy Attorney General
DAVID E. MADEO
Deputy Attorney General
State Bar No. 180106
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-4925
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE ANTHONY BORJA,** | Case No. CV 09-2420-DDP (SS) |
| Petitioner, | **NOTICE OF LODGING** |
| v. | |
| **MATTHEW CATE, CDCR SECRETARY** | |
| Respondent. | |

Respondent hereby lodges with the Court for consideration in these proceedings copies of the following documents:`

A. Petitioner's Opening Brief in *People v. Jose Anthony Borja*, California Court of Appeal case number B193163.

B. Petitioner's Supplemental Opening Brief in *People v. Jose Anthony Borja*, California Court of Appeal case number B193163.

C. Respondent's Brief in *People v. Jose Anthony Borja*, California Court of

1

Appeal case number B193163.

D. Petitioner's Reply Brief in *People v. Jose Anthony Borja*, California Court of Appeal case number B193163.

E. Respondent's Letter Brief in *People v. Jose Anthony Borja*, California Court of Appeal case number B193163.

F. Petitioner's Letter Brief in *People v. Jose Anthony Borja*, California Court of Appeal case number B193163.

G. California Court of Appeal's Opinion in *People v. Jose Anthony Borja*, California Court of Appeal case number B193163.

H. Petitioner's Petition for Review in *People v. Jose Anthony Borja*, California Supreme Court case number S157335.

I. California Supreme Court's Order in *People v. Jose Anthony Borja*, California Supreme Court case number S157335.

J. Petitioner's Abstract of Judgment, filed February 19, 2008; Minute Order in *People v. Jose Anthony Borja*, Los Angeles County Superior Court case number KA073052, dated February 6, 2008.

K. Clerk's Transcript in *People v. Jose Anthony Borja*, California Court of Appeal case number B193163: Two Volumes (excluding confidential probation report).

L. Reporter's Transcript in *People v. Jose Anthony Borja*, California Court of Appeal case number B193163: Three Volumes.

///
///
///
///
///
///
///

|  |  |
|---|---|
| 1 | Because these lodged documents are copies, Respondent does not request |
| 2 | that they be returned. |

Dated: July 22, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
PAMELA C. HAMANAKA
Senior Assistant Attorney General
JASON C. TRAN
Deputy Attorney General

**/s/ David E. Madeo**
DAVID E. MADEO
Deputy Attorney General
*Attorneys for Respondent*

LA2009506432

# CERTIFICATE OF SERVICE

Case Name:  **JOSE ANTHONY BORJA v. MATTHEW CATE, CDCR Secretary**    No.  **CV 09-2420 DDP (SS)**

I hereby certify that on **July 22, 2009**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF LODGING**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not registered CM/ECF users. On **July 22, 2009**, I have mailed the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Jose Anthony Borja**
**CDC #T-54311**
**Pleasant Valley State Prison**
**P.O. Box 8504**
**Coalinga, CA 93210**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **July 22, 2009**, at Los Angeles, California.

|                       |                |
|-----------------------|----------------|
| B. Santos             | /s/ B. Santos  |
| Declarant             | Signature      |

DEM;bs
LA2009506462
60418561.doc