JOSE ANTHONY BORJA
CDCR # T-54311
P.O. BOX 5103
DELANO, CA 93216

In Pro Se

FILED
CLERK, U.S. DISTRICT COURT
MAR 16 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTHONY BORJA,<br><br>        Petitioner,<br><br>   v.<br><br>MATTHEW CATE,<br><br>        Respondent. | CV 09-2420-DDP (SS)<br><br>**Notice of Change of Address**<br><br>Hon. Suzanne H. Segal<br>U.S. Magistrate Judge |

PLEASE TAKE NOTICE that Petitioner Jose Anthony Borja has changed his address. Please use the new address for all future correspondence.

OLD ADDRESS:   Jose Anthony Borja
               CDCR # T-54311
               P.O. Box 8504
               Coalinga, CA 93210

NEW ADDRESS:   Jose Anthony Borja
               CDCR # T-54311
               KERN VALLEY STATE PRISON
               FAC. B1-121
               P.O. BOX 5103
               DELANO, CA 93216

Dated: 3/4/10

                                    _____
                                    JOSE BORJA,
                                    Petitioner in pro se

## Declaration of Service by U.S. Mail

I, Jose Borja, declare:

I am a resident of KERN VALLEY State Prison, in the County of KERN, State of California. I am over 18 years of age and a party to this action. My address is P.O. Box 5103, DELANO, CA 93216.

On 3/4, 2010, I filed and served the attached:

Notice of Change of Address

by placing a true copy thereof, enclosed in a sealed envelope, for collection and mailing following ordinary prison procedures, addressed as follows:

Clerk, U.S. District Court
Central District of California
312 North Spring St., # G-8
Los Angeles, CA 90012

David E. Madeo
Deputy Attorney General
300 South Spring St., Ste. 1702
Los Angeles, CA 90013

I am readily familiar with this prison's procedures for the collection and processing of legal correspondence for mailing and the fact that the correspondence would be deposited with the U.S. Postal Service that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and that this Declaration was executed on the date above.

JOSE BORJA,
Declarant-Petitioner in pro se