FILED
CLERK U.S. DISTRICT COURT
APR - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Dear Clerk of Court,                                    4·1·10

I sent adress change paperwork along with a extra cover sheet to filed stamped and included a SASE.

It's been 3 weeks and have yet to recive my filed stamped copy back. Please notify me if it was never recived, or to notify me if it was.

Just in case it was not, I am enclosing my new adress as I transferd to another prison.

Thank you very much.

Sincerly,
Jose Borja

Jose Borja #T-54311         Case No: CV 09-2420-DDP-SS
Kern Valley State Prison
Fac. B3·218L
P.O. Box 5102
Delano, CA 93216