JOSE ANTHONY BORJA
CDC # T-54311
KERN VALLEY STATE PRISON
P.O. BOX · 5103
DELANO, CA 93216

FILED
CLERK, U.S. DISTRICT COURT
JUN 24 2010
CENTRAL DISTRICT OF CA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOSE ANTHONY BORJA | CASE NO: CV-09-2420-DDP-SS |
|---|---|
| PETITIONER | NOTICE OF CHANGE OF |
| VS | ADDRESS |
| MATTHEW CATE | |
| RESPONDENT | |

TO: THE CLERK OF THE COURT AND ALL PARTIES CONCERNED:

PLEASE TAKE NOTICE THAT THE PETITIONER IN THE ABOVE ENTITLED CAPTION HAS CHANGED HIS ADDRESS FROM THAT OF THE ORIGINAL TO THAT LISTED AT THE TOP OF THIS PAGE

ALL PARTIES CONCERNED SHALL SEND ALL CORRESPONDENCE TO SUCH NEW ADDRESS

EXECUTED THIS 15 DAY OF
JUNE, 2010

JOSE BORJA
/s/ Jose Borja

Proof of Service by Mail

JOSE BORJA
PETITIONER
V
MATHEW CATE
RESPONDENT

CASE NO
CV09-2420-DDP

[Case Name and Court Number]
CV09 2420 - DDP S/S

I declare that: I JOSE A BORJA #T-34311

I am a resident of KERN VALLEY STATE PRISON in the county of KERN California. I am over the age of 18 years. My residence address is: FAC·C6·127L P.O. BOX 5103 DELANO, CA 93216

On 6/15/10, I served the attached NOTICE OF CHANGE OF ADDRESS on the CLERK OF COURT in said case by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid, in the United States mail at KERN VALLEY STATE PRISON addressed as follows:

CLERK, US DISTRICT COURT, 312 NORTH SPRING ST #G8 LOS ANGELES, CA 90012-4793

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on 6/15/10 [date], at Delano, California.

JOSE BORJA
[Type or Print Name]

Jose Borja
[Signature]