1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOSE ANTHONY BORJA
CDC # T-54311
P.O Box 5103
Delano, CA 93216

In Pro Se

FILED
CLERK, U.S DISTRICT COURT
SEP 2 0 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JOSE ANTHONY BORJA, | CV 09-2420-DDP (SS) |
|---|---|
| Petitioner, | **Ex parte Application For Enlargement of Time; Declaration In Support; [Proposed] order** |
| v. | |
| MATTHEW CATE, | Hon. Suzanne H. Segal |
| Respondent, | U.S. Magistrate Judge |

Petitioner requests a thirty day extension of time, to and including _OCTOBER 20, 2011_ in which to file Objections to the Magistrate's Report of Findings and Recommendations. Good cause is shown for this request in the attached declaration of Petitioner.

Dated: _9-8-2011_

Respectfully submitted,

_Jose Borja_
JOSE BORJA,
Petitioner in pro se

-1-

**DECLARATION OF JOSE BORJA**

I, Jose Borja, declare:

1. I am the petitioner in this matter and make this declaration in support of my Ex Parte Application for Enlargement of Time.

2. The current deadline to file Objections is 9.20.2011.

3. For the reasons below, it will be impossible for me to file Objections by the current deadline.

4. I am currently confined in level IV maximum security prison and have very limited access to the law library. Legal material where as I must turn in a request thru inmate mail system and take up to two weeks to be called in. also I must request some legal materials via "paging system" whereby can only receive 60 photocopied receive 60 photocopied pages of any type I need which I must return the following week which can take a few days up to two weeks.

5. Because of this, it will be impossible to research the relevant law pertaining to the findings and recommendations made 1 by the Magistrate within the time currently allotted.

6. Also, to make court-required copies I must submit a request in writing. This can cause a delay of up to a week before I can get copies.

7. Petitioner has made no previous request for enlargement of time in this matter; this is petitioner's first request.

8. This request is not being made for any improper purpose,
such as to harass or delay.

9. For the reasons above I am requesting an enlargement of time, to and including OCTOBER 20, 2011.

10. Because I am incarcerated I am unable to contact Respondent for a stipulation to this request prior to filing it.

I declare under penalty of perjury under the laws of the

United States of America that the foregoing is true and correct.

   Executed this   8    day of *SEPTEMBER* , *2011* ,

at

Delano, California.

             _Jose Borja_

            JOSE BORJA,

            Declarant-Petitioner

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>Declaration of Service by U.S. Mail</u>

Case Name: <u>Borja v. Cate</u>
Case No.: CV 09-2420-DDP-SS

    I, Jose Borja, declare:

    I am a resident of Kern Valley State Prison, in the County of Fresno, State of California. I am over 18 years of age and a party to this action. My address is P.O. Box 5103, Delano, CA 93216.

    On _SEPTEMBER 8_ , 20 _11_____ I filed and served on the parties herein the attached:

Ex Parte Application for Enlargement of Time; Declaration in Support; [Proposed] Order

by placing a true copy thereof in a sealed envelope addressed as follows:

Clerk, U.S. District Court
312 North Spring Street, # G-8
Los Angeles, CA 90012-4793

David E. Madeo
Deputy Attorney General
300 South Spring St., Ste. 1702
Los Angeles, CA 90013

The above documents were placed for collection and mailing following established prison procedures which I am readily familiar with and whereby the correspondence is deposited with the U.S. Postal Service that same day in the ordinary course of business.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
    Executed this _8_ day of , _SEPTEMBER_ , 20_11___ at Delano, California.

-4-