CV09-2420DDP(SS)

Sep. 26 2011.

Dear Clerk of Court,

On Sept 8, 2011 I sent in a ex parte application for a enlargement of time which I just recived back today "my" filed stamped copy. The original deadline to file objections was Sep 20, 2011. I asked for a (30) day enlargement of time up to and including 10.20.2011 due to my limited access to the law library here in this level 4 maximum security prison and reasons stated in my declaration

It is my first application for a enlargement of time and we this facility has been on a total lockdown since September 8, 2011. However in a electronic transfer document # 23 it says in the minuts that in my application I am seeking additional time to file objections and that "my application is granted, however the new deadline is October 4, 2011

I asked for 30 days in my application and the new deadline should of been October 20, 2011. I am asking if there was some kind of mistake? and if so can it be corrected? because of course I wont be ready by October 4th 2011. Can you please let me know as soon as possible thank you. I do need the full 30 days.

P.S
I also signed for and recived the report and recomendations on Sep, 8, 2011

Sincerly, J. Borja