JOSE ANTHONY BORJA
CDC# T-54311
P.O. BOX 5103
DELANO, CA 93216

IN PRO SE.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTHONY BORJA | CV 09-2420-DDP (SS) |
| PETITIONER, | EX PARTE APPLICATION FOR |
| V. | ENLARGEMENT OF TIME; DECLARATION |
| MATHEW CATE, | IN SUPPORT; [PROPOSED ORDER] |
| RESPONDENT, | HON. SUZANNE H. SEGAL |
| | U.S. MAGISTRATE JUDGE |

PETITIONER REQUESTS A THIRTY DAY EXTENSION OF TIME, TO AND INCLUDING NOVEMBER 4TH, 2011 IN WHICH TO FILE OBJECTIONS TO THE MAGISTRATES REPORT OF FINDINGS AND RECOMENDATIONS. GOOD CAUSE IS SHOWN FOR THIS REQUEST IN THE ATTACHED DECLARATION OF PETITIONER.

DATED 9/30/2011

RESPECTFULLY SUBMITTED,

*Jose Borja*

JOSE BORJA,
PETITIONER IN PROSE.

## Declaration of Jose Borja

I Jose Borja Declare;

1) I am the petitioner in this matter and make this declaration in support of my ex-parte application for a second enlargement of time.

2) The current deadline to file objections is "OCT-4-2011"

3) For the current reasons below, it will be impossible for me to file objections by current deadline.

4) I am currently confined in a level 4 maximum security prison and have very limited access to the law library. Legal material where as I must turn in a request thru inmate mail system and take up to two weeks to be called in. Also I must request some legal materials via "Paging System" where by can only receive 60 photo copied pages of any type which indeed and which I must return the following week which can also take a few days up to two weeks.

5) Petitioner Also filed "1" previous application for a enlargement of time dated SEPT-8-2011 and filed stamped SEPT-20-2011 requesting a (30) day enlargement of time from the original deadline of SEPT-20-2011 up to and including OCT-20-2011. Although my electronic copy DOC 23 states my "Application" was granted the current deadline is now "OCT-4-2011". I was given only 14 days.

6) Also on SEPT-8-2011 my facility went on a full lockdown with no movement or law library access. And just resumed to normal program on SEPT-27-2011.

7) Because of this, it will be impossible to research the relevant law pertaining to the findings and recomendations made by the magistrate

B2

WiTHiN THE TiME CuRRENTly AlloTEp.

8) ALSO To MAKE CouRT REQuiREd Copies I MusT SuBMiT A REQuEST In wRiTTiNG THis CAN CAUSE A DElAy up To A wEEK BEFORE I CAN GET Copies.

9) THis PETiTioNER's SECONd REQUEST FOR A EN lARGEMENT OF TiME IN THis MATTER.

10) FOR THE REASON's ABOVE I AM REQuESTiNG AN ENlARGEMENT OF TiME To And IncludiNG NOVEMBR-4-2011.

11) BECAUSE I AM INCARCERATEd I AM uNABlE To CoNTACT RESpondENT FOR A STipulATioN To THIS REQUEST pRioR To FiliNG IT.

I DEclARE UndERpENAlTy OF puRJuRy uNdER THE LAw's OF THE UNiTEd STATEs OF AMERiCA THAT THE FoRGoiNG IS TRuE And CoRRECT

EXECuTEd THis 30TH DAy oF SEPT-30-2011 AT DELANO, CA

[signature]
JOSE BORJA
DEclARANT PETiTioNER

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTHONY BORJA<br><br>　　　　PETITIONER,<br><br>v.<br><br>MATHEW CATE<br><br>　　　　RESPONDENT, | CV·09·2420-DDP (SS)<br><br>ORDER<br><br><br><br><br><br>HON. SUZANNE H. SEGAL<br>U.S. MAGISTRATE JUDGE |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT PETITIONER IS GRANTED A (30·DAY) EXTENSION OF TIME, TO AND INCLUDING NOVEMBER 4TH, 2011 IN WHICH TO FILE OBJECTIONS IN THIS CASE.

DATED _____

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　HON. SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

(4)

STATE OF CALIFORNIA                                              COUNTY OF KERN

C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 17460

I JOSE BORJA _____ declare under penalty of perjury that: I am the

___PETITIONER_____ in the above entitled action. I have read the foregoing documents and know the contents thereof ad the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this 29 day of SEPTEMBER , 2011, Kern Valley State Prison.

Signature _Jose Borja_____
DECLARANT/PRISONER

---

## PROOF OF SEVICE BY MAIL

C.C.P. SEC. 1013(a) & 2015.5: 28 U.S.C. SEC. 1746

I JOSE BORJA _____, am a resident of California State Prison, in the County of KERN, State of California: I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box 5101, Delano, CA. 93216.

On SEPTEMBER 29 , 2011, I served the foregoing (2) COPIES EX PARTE APPLICATION FOR ENLARGEMENT OF TIME; DECLARATION IN SUPPORT; (PROPOSED) ORDER 1- COVER SHEET WITH (S.A.S.E) FOR PETITIONER

Set forth exact title of document(s) served

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s) with postage thereof fully paid, in the United States Mail, in a deposit box so provided at KERN Valley State Prison, Delano, CA. 93215.

| CLERK U.S. DISTRICT COURT | DAVID E MADEO |
| 312 NORTH SPRING. ST # G-8 | DEPUTY ATTORNEY GENERAL |
| LOS ANGELES, CA 90012-4793 | 300. S. SPRING. ST. STE 1702 |
| | LOS ANGELES, CA 90013 |

List parties served

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 9/29/2011 _____        _Jose Borja_____
                                       DECLARANT/PRISONER