JOSE ANTHONY BORJA
T-54311 C-6-127
P.O. BOX 5103
DELANO, CA 93216
(Pro se)



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTHONY BORJA<br>      PETITIONER | ) CASE No.:2:09-CV-02420-DDP-SS<br>)<br>)<br>) MOTION FOR ENLARGEMENT OF TIME TO FILE<br>) OBJECTIONS TO THE MAGISTRATE'S FINDINGS<br>) & RECOMMENDATIONS<br>) |
| V. | ) (THIRD REQUEST FOR EXTENSION OF TIME)<br>) |
| MATTHEW CATE, WARDEN<br>      RESPONDENTS | ) |

OATH

I, JOSE ANTHONY BORJA, assert that the facts contained herein are true, complete, correct, and not meant to be misleading to the best of my firsthand knowledge of the facts and I will testify to the same.

1)                          INTRODUCTION
2)
3) Petitioner is seeking his third request for an enlargement of
4) time to file objections to the Magistrate's "Findings and
5) Recommendations issued on September 01, 2011. Petitioner has
6) received two prior enlargement of time from the Court. The first
7) requested enlargement was filed on September 20, 2011, Court
8) granted fourteen days. Petitioner filed a second request for
9) enlargement of time on October 11, 2011, again the Court granted
10) fourteen days extension, with a stipulation of "no further
11) extension." SEE:(Order issued by Magistrate dated October 12,
12) 2011).
13)
14)                       GOOD CAUSE APPEARING
15)
16) Petitioner offers the following as sound reasoning for the Court
17) to extend Petitioner another enlargement of time. Petitioner
18) received the Magistrate's Findings & Recommendations on September
19) 08, 2011. However, Petitioner has only been allowed approximately
20) two hours and thirty (30) minutes access to the law library since
21) September 08, 2011, when Petitioner received the Findings and
22) Recommendations. Petitioner contends that even when Petitioner
23) is allowed access to the law library he is limited to its use
24) because the library only maintains three computers and often
25) has seven Inmates wrestling for position in order to use one
26) of the three computer as books are no longer available at
27) Petitioner's current institution.
28)

THIRD REQ. ENLARGEMENT OF TIME           (1)

1) Petitioner contends that the State has created an impediment
2) of similar conditions as those created by the State in MOORE
3) V. BATTAGLIA, 476 F.3d 504, 506-508 (7th Cir. 2007); WHELHEM/HUNT
4) V. EARLY, 223 F.3d 1146, 1148 (9th Cir. 2000)(en banc).
5)
6) Moreover, Petitioner was locked-down from September 09, 2011,
7) through September 28, 2009. The Courts have deemed that
8) institutional security needs are sufficient cause to allow
9) extension of time, and constitutes a denial of meaningful access
10) to the Courts where timeliness is an issue. SEE:(EASON V. THALER,
11) 14 F.3d 8, 9-10, "right of access claim stated because prisoner
12) pursuing legal action denied access to law library for 25 days
13) during lock-down in wake of prison riot." Further, in JOHNSON
14) V. AVERY, 393 U.S. 483, 485 (1969)(prisoner's right of access
15) to Courts to challenge violations of Constitutional rights).
16) This ruling was overturned in part by LEWIS V. CASEY, 518 U.S.
17) 343 (1996). However, the Court simply required an actual injury
18) in order to substantiate a claim of denial of access to the
19) Courts. In the instant motion, should the Court deny Petitioner
20) an enlargement of time to file meaningful and proper documents
21) the prejudice suffered would surely qualify as a denial of access
22) to the Court.
23)
24) Petitioner is aware that the inference above is primarily
25) concerned with access to the Courts, but its Petitioner's
26) intention to avoid unnecessary litigation and therefore prays
27) the Court apply the same principals in the instant case. Although
28) there has been no harm or actual injury to date concerning access

THIRD REQ. ENLARGEMENT OF TIME              (2)

1) to the the law library. However if Petitioner cannot produce
2) a meaningful Objections to the Magistrate's Findings and
3) Recommendations it would surely be the lack of time and materials
4) to produce such an Objections because of the States impediment
5) concerning Petitioner's access to the law library.
6)
7)
8)                          CONCLUSION
9)
10) Petitioner request that the Court take one of the following
11) measures as allowed by law. First request is that the Court
12) allow Petitioner an additional (30) thirty days in which to file
13) his Objections to the Findings and Recommendations of the
14) Magistrate Judge, or in the alternative stay Petitioner's Habeas
15) Corpus until Petitioner can be transferred to an institution
16) that has an adequate Law Library and allows adequate time for
17) usage by Petitioner.
18)
19)                                             RESPECTFULLY SUBMITTED
20)
21)
22) 10/20/2011                                        _Jose Borja_
    DATE                                             JOSE ANTHONY BORJA
23)
24) ///
25) ///
26) ///
27) ///
28) ///

THIRD REQ. ENLARGEMENT OF TIME           (3)

PROOF OF SERVICE

I, JOSE ANTHONY BORJA, am a resident of the State of California, Kern Valley State Prison, Delano, California. I am over the age of eighteen years and I am A party to this action. My State address is as follows:

```
JOSE ANTHONY BORJA
T-54311 C-6-127
P.O. BOX 5103
Delano, CA 93216
```

On the ___20th___ day of ___October___, 2011, I served the following document(s) to the party(ies) listed below:

third request for enlargement of time

This service was done by placing in the hands of prison guards true copies, in a sealed envelope, with postage fully paid, to be forwarded via U.S. Mail, and addressed as follows:

```
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G-8
LOS ANGELES, CA 90012
```

There is a delivery service by U.S. Mail at the place so addressed for regular communication by/for all the parties involved.

I, JOSE ANTHONY BORJA, assert that the facts contained herein are true, complete, correct, and not meant to be misleading to the best of my firsthand knowledge of the facts, and I will freely testify to the same.

_____
JOSE ANTHONY BORJA