JOSE ANTHONY BORJA
T-54311 C-6
P.O. BOX 5103
DELANO, CA 93216
(Pro se)

FILED
CLERK, U.S DISTRICT COURT
DEC 6 2011
CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ANTHONY BORJA<br>PETITIONER | ) | CASE No. 2:09-CV-02420-DDP-SS |
| V. | ) | REQUEST FOR CERTIFICATE OF APPEALABILITY |
| | ) | (AND ACCOMPANYING NOTICE OF PENDING MOTION "OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS" FILED OCTOBER 20, 2011) |
| MATTHEW CATE,<br>CDCR SECRETARY<br>RESPONDENT | ) | |

OATH

I, JOSE ANTHONY BORJA, assert that the facts contained herein are true, complete, correct, and not meant to be misleading to the best of my firsthand knowledge of the facts and I will testify to the same.

## INTRODUCTION

The Magistrate Judge filed a Report and Recommendation issued on September 01, 2011. The Order denied Petitioner's Habeas Corpus recommending that the District Court Judge, "(1) accepting and adopting this Amended Report and Recommendations; and (2) directing the Judgment be entered dismissing this action with prejudice" signed and dated by Susan H. Segal, Magistrate Judge. Further, in the "Notice of Filing" of the Magistrate Judge's Report and Recommendations, the Order instructed Petitioner to file for a "Certificate of Appealability" not later than September 15, 2011. Petitioner, because of his extraordinary circumstance of incarceration and extremely limited access to the law library has requested four timely enlargements of time, (of which the Court has granted and the fourth is pending as of this writing). Petitioner has also filed an "Objection to Report and Recommendation of U.S. Magistrate Judge; Memorandum in Support" filed on October 20, 2011. As of this writing Petitioner has not received any response concerning his "Objections to the Magistrates Findings and Recommendations."

## CAUSE AND AUTHORITY FOR "CERTIFICATE OF APPEALABILITY"

The Federal Rules of Appellate Procedure, rule 5, requires that a Petitioner obtain permission before seeking an appeal. This allows the District Court to either grant an application for permission to appeal to the Ninth Circuit Court, or amend its Order.

Further, the Courts have determined that a Petitioner requesting a (COA) must first make a request from the District Court. SEE:(ALLEN V. ORNOSKI, 435 F.3d 946, 961 (9th Cir. 2006)(Circuit Court will not rule on motion for (COA) if District Court has not ruled first). ALSO SEE:(FOSTER V. QUARTERMAN, 466 F.3d 359, 364 (5th Cir. 2006);LOZADA V. U.S., 107 F.3d 1011, 1017(2d Cir.)) overruled on other grounds).

Moreover, the language of the AEDPA permits a certificate of Appealability to be issued from a Circuit Justice or Judge. Reaching even further, it has been interpreted to include certification by a "District Judge" who rendered the judgment as provided for in rule 22(b) of the Federal Rules of Appellate procedure. SEE:(THIBODEAU V. PORTUONDO, 486 F.3d 61, 64 (2d Cir. 2007)); LAMBERT V. BLACKWELL, 387 F.3d 210, 230 (3d Cir. 2004); DRESSLER V. McCAUGHTRY, 238 F.3d 908, 912 (7th Cir.2001); HANSON V. MAHONEY, 433 F.3d 1107, 1111 (9th Cir. 2006)

Petitioner has presented three issues to the District Court, (whereby Petitioner's Constitutional Rights were violated). Petitioner contends that these issues have merit as presented in Petitioner's original Habeas Corpus and his "Objections to the Magistrate's Findings and Recommendations." Petitioner contends that a reasonable jurist could dispute the District Courts ruling, whereby the District Court allowed testimony and evidence into play without any bounds or restraints and in violation of Federal Rules of Evidence and State law, as well assuming evidence that is nowhere in the record. At the very least a reasonable juris

would find the presented issues adequate enough to deserve encouragement to proceed to the Ninth Circuit Court of Appeals. The District Court has not foreclosed on Petitioner because of some procedural ground, but on the subjective reasoning of a Magistrate Judge.

CONCLUSION

Petitioner request that this Court issue a Certificate of Appealability for the three issues presented in his Habeas Corpus and Objections to the Magistrate's Finding and Recommendations, or any of the three issues the Court see fit; and specify the reason for denial of any one or two issues that the Court denies.

RESPECTFULLY SUBMITTED

11/29/2011
DATE

[signature]
JOSE ANTHONY BORJA

///

///

///

///

///