JOSE ANTHONY BORJA
T-54311 C-6
P.O. BOX 5103
DELANO, CA 93216
(Pro se)



FILED
CLERK, U.S DISTRICT COURT
DEC 6 2011
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ANTHONY BORJA<br>  PETITIONER<br><br>V.<br><br><br>MATTHEW CATE,<br>CDCR SECRETARY<br>       RESPONDENT | CASE No. 2:09-CV-02420-DDP-SS<br><br><br><br><br>NOTICE OF PENDING MOTION "OBJECTIONS TO MAGISTRATE'S FINDINGS AND RECOMMENDATIONS" FILED OCTOBER 20, 2011 |

OATH

I, JOSE ANTHONY BORJA, assert that the facts contained herein are true, complete, correct, and not meant to be misleading to the best of my firsthand knowledge of the facts and I will testify to the same.

1)                    NOTICE OF PENDING MOTION

2)

3) Petitioner filed a Habeas Corpus into the United States District

4) Court on April 08, 2009. The Magistrate filed a Report and

5) Recommendations on ~~October~~ SEPTEMBER 1, 2011. This "<u>OBJECTION TO</u>

6) <u>MAGISTRATE'S REPORT AND RECOMMENDATIONS</u>" is still pending as of

7) November 28, 2011.

8)

9)                                           RESPECTFULLY SUBMITTED

10)

11)  11/29/2011                              /s/ Jose Borja
        DATE                                 JOSE ANTHONY BORJA
12)

13) ///

14) ///

15) ///

16) ///

17) ///

18) ///

19) ///

20) ///

21) ///

22) ///

23) ///

24) ///

25) ///

26) ///

27)

28)

NOTICE OF PENDING MOTION            (1)

PROOF OF SERVICE

I, JOSE ANTHONY BORJA, am a resident of the State of California, Kern Valley State Prison, Delano, California. I am over the age of eighteen years and I am A party to this action. My State address is as follows:

    JOSE ANTHONY BORJA
    T-54311 C-6
    P.O. BOX 5103
    Delano, CA 93216

On the _____28th_____ day of __NOVEMBER__, 2012, I served the following document(s) to the party(ies) listed below:

    REQUEST FOR CERTIFICATE OF APPEALABILITY
    NOTICE OF PENDING MOTION

This service was done by placing in the hands of prison guards true copies, in a sealed envelope, with postage fully paid, to be forwarded via U.S. Mail, and addressed as follows:

    UNITED STATES DISTRICT COURT
    CENTRAL DISTRICT OF CALIFORNIA
    312 NORTH SPRING STREET #G-8
    LOS ANGELES, CA 90012-4793

There is a delivery service by U.S. Mail at the place so addressed for regular communication by/for all the parties involved.

I, JOSE ANTHONY BORJA, assert that the facts contained herein are true, complete, correct, and not meant to be misleading to the best of my firsthand knowledge of the facts, and I will freely testify to the same.

                                            JOSE ANTHONY BORJA