1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JOSE ANTHONY BORJA, | ) NO. CV 09-02420 DDP (SS) |
|---|---|
| Petitioner, | ) **ORDER ADOPTING FINDINGS,** |
| v. | ) **CONCLUSIONS AND RECOMMENDATIONS OF** |
| KELLY HARRINGTON, Warden, | ) **UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections. After having made a de novo determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\
\\
\\
\\
\\

**IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 27, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE