**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSE ANTHONY BORJA, | ) | NO. CV 09-02420 DDP (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| KELLY HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

     Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: June 27, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE