

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
U.S. COURTHOUSE
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CA 90012

**TERRY NAFISI**
District Court Executive and
Clerk of Court

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

### RECORD TRANSMITTAL FORM

Date: _____

To:  **U.S. Court of Appeals for the Ninth Circuit**
Office of the Clerk
95 Seventh Street
San Francisco, California 94103

**Attention:**
☐ Civil
☐ Criminal
☐ Docketing
☐ Records Unit

From: **U.S. District Court**
**Central District of California**
312 North Spring Street, Room G-8
Los Angeles, California 90012

D C No. _____    Appeals No. _____

Short Title _____

### Composition of Record

Clerk's files in _____ volumes    ☐ original    ☐ certified copy
Bulky docs. in _____ volumes *(folders)*    Docket No. _____
Reporter's Transcripts in _____ volumes    ☐ original    ☐ certified copy
Exhibits:  in _____    ☐ envelopes    ☐ under seal
          in _____    ☐ boxes    ☐ under seal
Other:

*Note: Please note any document filed under seal are listed on Form A-22.*

By _____
Deputy Clerk

Acknowledgment: _____    Date: _____

A-26 (09/08)

**APPEALS TRANSMITTAL LETTER**
ORIGINAL FILE(S)