UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ANTHONY BORJA, | ) | NO. CV 09-02420 DDP (SS) |
| Petitioner, | ) | |
| v. | ) | **AMENDED JUDGMENT** |
| KELLY HARRINGTON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Amended Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.  This Judgment is issued nunc pro tunc. The effective date of the Judgment is June 5, 2012.

Dated: July 3, 2012

DEAN D. PREGERSON
United States District Judge