**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE ANTHONY BORJA,<br><br>        Petitioner - Appellant,<br><br> v.<br><br>MATTHEW L. CATE,<br><br>        Respondent - Appellee. | No. 12-56187<br><br>D.C. No. 2:09-cv-02420-DDP-S<br>Central District of California,<br>Los Angeles<br><br>ORDER |



**RECEIVED**
CLERK, U.S. DISTRICT COURT

6/19/2013

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

Before:   PAEZ and MURGUIA, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions, if any, are denied as moot.